UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Lucio Quiroz Peregrina

                              Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( )( )

Defendant __Lucio Quiroz Peregrina__ hereby voluntarily consents to participate in the following proceeding via __X__ videoconferencing or ___ teleconferencing:

__X__ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__X__ Bail/Detention Hearing

___ Conference Before a Judicial Officer

__/s/ with consent form__
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Lucio Quiroz Peregrina__
Print Defendant's Name

__/s/ Jonathan Marvinny__
Defendant's Counsel's Signature

__Lucio Quiroz Peregrina__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__12/3/20__
Date

__/s/ Katharine H. Parker__
U.S. District Judge/U.S. Magistrate Judge